# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 15, 2023

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Nicole Owens
          v. Georgia Governor's Office of Student Achievement
          No. 22-979
          (Your No. 21-13200)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk